**DOCKET NUMBER**: MJ 11-1243

**CRIMINAL CAUSE FOR**   Initial Appearance

**BEFORE JUDGE**: U.S. Magistrate Judge William D. Wall **DATE:** 12/16/11   **TIME** 4:00 pm **for**   30   **MINS**

**DEFENDANT'S NAME**: Jonathan Bokun   **DEFENDANTS #**1

| x | Present | ❏ | Not Present | x | Custody | ❏ | Not Custody/Surrender |

**DEFENSE COUNSEL**: Bruno Gioffre

| ❏ | Federal Defender | ❏ | CJA | x | Retained |

**DEFENDANT'S NAME**: Michael Manfredi   **DEFENDANTS #**2

| x | Present | ❏ | Not Present | x | Custody | ❏ | Not Custody/Surrender |

**DEFENSE COUNSEL**:  Randi Chavis

| x | Federal Defender | ❏ | CJA | ❏ | Retained |

**A.U.S.A.**:  Christopher Ott   **PROBATION OFFICER**

**CASE MANAGER OR MAGISTRATE DEPUTY**   T.Talbott

**COURT REPORTER**: **OR ESR OPERATOR**    FTR    **TAPE LOG**  405

**INTERPRETER**:    **LANGUAGE:**

| | | | |
|---|---|---|---|
| x | Arraignment | ❏ | Revocation of Probation non contested |
| ❏ | Change of Plea Hearing (~Util-Plea Entered) | ❏ | Revocation of Probation contested |
| ❏ | In Chambers Conference | ❏ | Sentencing non-evidentiary |
| ❏ | Pre Trial Conference | ❏ | Sentencing Contested |
| x | Initial Appearance | ❏ | Revocation of Supervised Release evidentiary |
| ❏ | Status Conference | ❏ | Revocation of Supervised Release non-evidentiary |
| ❏ | Telephone Conference | | |
| ❏ | Voir Dire Begun   ❏ Voir Dire Held   ❏ Jury selection   ❏ Jury trial | | |
| ❏ | Jury Trial Death Penalty   ❏ Sentence enhancement Phase   ❏ Bench Trial Begun | | |
| ❏ | Bench Trial Held   ❏ Bench Trial Completed   ❏ Motion Hearing Non Evidentiary | | |

❏   Other Evidentiary Hearing Contested   TYPE OF HEARING

**TEXT**

Defendant Bokun temporary detention order with a bail hearing scheduled on 12/19/11 at 2:00 p.m. before the duty magistrate judge. Preliminary hearing waived. Defendant Manfredi temporary detention order with a bail hearing scheduled on 12/19/11 at 2:00 p.m. before the duty magistrate judge.   Preliminary hearing waived.