CRIMINAL CALENDAR

CRIMINAL CAUSE FOR BAIL HEARING

**BEFORE:**  A. KATHLEEN TOMLINSON          **DATE:**  12/23/11

**UNITED STATES MAGISTRATE JUDGE**          **TIME:**  11:30 AM

**DOCKET #:**  11-MJ-1243

**CAPTION:**      *U.S.A. -v-  MANFREDI*

DEFENDANT:   Michael Manfredi    ATTORNEY   Randi Chavis (FD)

  X   PRESENT        NOT PRESENT   x    IN CUSTODY        ON BOND

AUSA  THOMAS SULLIVAN

COURTROOM DEPUTY:  Edher Montero

ESR (TAPE #)-COURT REPORTER:      12:34-12:45

INTERPRETER                              LANGUAGE:

BAIL APPLICATION:   Application for bail made. Defendant offered sureties, but no viable property posted.  The Court does not approve bail package at this time, but defendant may make an application in the future when a viable package becomes available.

OTHER:    Defendant remains in custody.