UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JONATHAN BOKUN and
MICHAEL MANFREDI,

        Defendants

        Defendant.

- - - - - - - - - - - - - - - - - -X

<u>UNSEALING
APPLICATION</u>

M 11-1243

     Upon the motion of the UNITED STATES OF AMERICA, by Assistant United States Attorney Christopher Ott, all seizure warrants having been executed in the above-captioned matter earlier, and there being no further reason to seal this matter, the government requests that this matter be unsealed.

          Respectfully Submitted,

          LORETTA LYNCH
          United States Attorney
          Eastern District of New York

     by: _____
          Christopher Ott
          Assistant United States Attorney

Dated: Central Islip, New York
      January 19, 2012

SO ORDERED: _____
              THE HONORABLE A. KATHLEEN TOMLINSON
              UNITED STATES MAGISTRATE JUDGE