UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,                    Indictment No. 12 CR 036

            Plaintiff,

   -against-
                                       **NOTICE OF APPEARANCE**

JONATHAN BOKUN and
MICHAEL MANFREDI,

            Defendants.

------------------------------------X

S I R S :

    PLEASE TAKE NOTICE, that the undersigned has been retained as attorney for Michael Manfredi, one of the above-entitled defendants and demand that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

    I was admitted to practice in the courts of the Eastern District of New York on February 11, 1975.

Dated:    Mineola, New York
           January 30, 2012

                                              Yours, etc.

                                              MICHAEL H. SOROKA, ESQ.(MS4164)
                                              Attorney for Defendant,
                                                Michael Manfredi
                                             300 Old Country Road, Suite 341
                                             Mineola, New York 11501
                                             (516) 742-2002